# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of February, two thousand and sixteen,

Barbara Duka,

    Plaintiff - Appellee,

v.

U.S. Securities and Exchange Commission,

    Defendant - Appellant.

**ORDER**
Docket No. 15-2732

    IT IS HEREBY ORDERED that the present appeal is removed from the proposed calendar and is adjourned until the Court renders a decision in *Tilton v. Securities and Exchange Commission*, 2d Cir. Docket No. 15-2103 (argued on September 16, 2015).

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

