# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand sixteen.

Present:  Rosemary S. Pooler,
  Richard C. Wesley,
    *Circuit Judges.*
  Janet C. Hall, [1]
    *Chief District Judge.*

———————————————————————————————

Barbara Duka,

  *Plaintiff - Appellee*,

  v.  No. 15-2732

U.S. Securities and Exchange Commission,

  *Defendant - Appellant*.

———————————————————————————————

The Securities and Exchange Commission moves for "clarification that this Court's order vacating the district court's preliminary injunction of administrative proceedings is effective immediately." IT IS HEREBY ORDERED that the motion is GRANTED only insofar as it requests clarification. In all other respects, the motion is DENIED. The district court's preliminary injunction remains in effect until the mandate issues. *See* Fed. R. App. P. 41(c).

  FOR THE COURT:
  Catherine O'Hagan Wolfe, Clerk

---

[1] The Honorable Janet C. Hall, of the United States District Court for the District of Connecticut, sitting by designation.